## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re: :
    **Michael R. Hall, Sr.,**                                                       Case No. 14-54196
                                                                        :        Chapter 13

    Debtor.                                                              :        Judge Preston

### MOTION OF DEBTOR TO RETAIN INSURANCE PROCEEDS

Now comes Debtor, Michael Hall, Sr., by and through counsel, and respectfully requests the Court allow him to retain the remaining automobile insurance proceeds after payment in full of the underlying secured claim of Kemba Financial Credit Union, to enable him to make repairs to another vehicle already owned by Debtor, as more fully set forth in the supporting Memorandum, below.

                                            Respectfully submitted,

                                            /s/  Crystal I. Zellar
                                            Crystal I. Zellar (#0038785)
                                            Adam T. Barclay  (#0075869)
                                            **Zellar & Barclay, Attorneys at Law, Inc.**
                                            720 Market Street
                                            Zanesville,  Ohio  43701
                                            Telephone:  (740) 452-8439
                                            Facsimile:  (740) 450-8499
                                            mail@ZellarLaw.com
                                            Counsel for Debtor

### MEMORANDUM IN SUPPORT

This Chapter 13 case was filed on June 10, 2014.  The Order Confirming Chapter 13 Plan was entered by the Court on September 11, 2014.  The Debtor has paid a total of $7,590.00 into the plan to date.

On or about September 29, 2014, Debtor was involved in an automobile accident in which the Debtor's 2008 Mitsubishi Eclipse was totaled.  After negotiations with the insurance company, the insurance company has agreed to issue payment in the total amount of $9,000.00 for the totaled vehicle.  As Kemba Financial Credit Union holds a lien on the vehicle, payment in the amount of $7,525.52 shall be forwarded to the office of the Chapter 13 Trustee.  Said sum will be transmitted by the Chapter 13 Trustee to Kemba Financial Credit Union, thereby satisfying both the secured and unsecured claims of the creditor.

The Debtor will require a replacement vehicle to transport him to and from his place of employment in order to fund the Chapter 13 Plan.  The Debtor is currently unable to afford a loan payment in addition to his Chapter 13 Plan payment.  As such, Debtor requests permission to retain the balance of the insurance proceeds in the amount of $1,474.48 to enable him to begin making repairs to Debtor's 2008 Ford Fusion.

Until the repairs to the Ford Fusion are complete, Debtor will utilize the 2011 Ford Ranger for his transportation needs.  As this vehicle is not as fuel efficient as the totaled Mitsubishi Eclipse, and as the Ford Fusion requires substantial repairs to make it safe and operable, Debtor will also be seeking a formal modification of his confirmed Chapter 13 Plan to lower the monthly plan payment to provide him with the necessary funds to complete the vehicle repairs and pay the increased transportation expenses.  With the removal of the debt to Kemba Financial Credit Union, the reduction in the monthly plan payment will not result in plan distributions to the creditors in an amount less than they were originally scheduled to receive.

WHEREFORE, your Debtor respectfully requests the Court issue an Order allowing him to retain the balance of automobile insurance proceeds, in the amount of $1,474.48, in order to enable him to make repairs to his 2008 Ford Fusion.

Respectfully submitted,

/s/  Crystal I. Zellar
Crystal I. Zellar  (#0038785)
Adam T. Barclay  (#0075869)
**Zellar & Barclay, Attorneys at Law, Inc.**
Counsel for Debtor


### NOTICE AND CERTIFICATE OF SERVICE

I hereby certify that on **October 7, 2014,** a copy of the foregoing **Motion to Retain Insurance Proceeds** was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

US Trustee                           Chapter 13 Trustee                   Steven Lee Smith, Esq.

and on the following by **ordinary U.S. Mail** addressed to:

Michael Hall
4674 Cristland Hill Rd
Hebron OH  43025

Kemba Financial Credit Union  Inc
PO Box 307370
Gahanna  OH 43230-7370

Altair OH XIII  LLC
c/o Weinstein Pinson & Riley PS
2001 Western Ave  #400
Seattle  WA 98121-3132

AT&T Universal Card
Customer Service
PO Box 6500
Sioux Falls SD 57117-6500

Amazon / GE Capital Retail Bank
Bankruptcy Dept
PO Box 103104
Roswell GA 30076-9104

American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Bank of America
PO Box 982238
El Paso  TX 79998-2238

Best Buy Credit Services
PO Box 790441
Saint Louis MO 63179-0441

Capital Management Services LP
698 1/2 S Ogden St
Buffalo NY 14206-2317

Capital One
Customer Service
PO Box 30285
Salt Lake City UT 84130-0285

US Bank
PO Box 5229
Cincinnati  OH 45201-5229

Carol Wright
Shop Now Pay Plan
PO Box 2852
Monroe WI 53566-8052

Chase
Customer Service
PO Box 15298
Wilmington DE 19850-5298

Citibank  NA
701 East 60th Street North
Sioux Falls  SD 57104-0493

Client Services Inc
3451 Harry Truman Blvd
Saint Charles MO 63301-9816

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany OH  43054-3025

Discover Financial Services LLC
PO Box 3025
New Albany OH 43054-3025

Dr Leonards Shop Now
c/o Creditors Bankruptcy Service
PO Box 740933
Dallas  TX 75374-0933

Estate Information Services LLC
EIS Collections
PO Box 1730
Reynoldsburg OH 43068-8730

FIA Card Services NA
PO Box 982284
El Paso  TX 79998-2284

Fifth Third Bank
MD# ROPS05
Bankruptcy Dept
1850 East Paris SE
Grand Rapids  MI 49546-6253

Fifth Third Bank
PO Box 9013
Addison  Texas 75001-9013

Fingerhut
Customer Service
PO Box 1250
Saint Cloud MN 56395-1250

Gettington Account Services
PO Box 1500
Saint Cloud MN 56395-1500

Gettington(Issued by Webbank)
6250 Ridgewood Rd
St Cloud  MN 56303-0820

Ginny's
1112 7th Avenue
Monroe WI 53566-1364

Ginny's
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas  TX 75374-0933

Goodyear Credit Plan
Customer Service
PO Box 6403
Sioux Falls SD 57117-6403

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Kemba Financial Credit Union
555 Officenter Pl
PO Box 307370
Gahanna OH 43230-7370

Lowes / GE Capital Retail Bank
Attn  Bankruptcy Dept
PO Box 103104
Roswell GA 30076-9104

Miles Kimball
PO Box 2860
Monroe WI 53566-8060

Nationwide Credit Inc
PO Box 26314
Lehigh Valley PA 18002-6314

Northland Group
PO Box 390905
Minneapolis MN 55439-0905

Ohio Department of Taxation
Attn:  Bankruptcy Division
PO Box 530
Columbus OH 43216-0530

Ohio Department of Taxation
Bankruptcy Division
PO Box 530
Columbus  OH 43216-0530

Ohio Department of Taxation
c/o Attorney General of Ohio
Collections Enforcement Section
150 East Gay Street  21st Fl
Columbus OH 43215-3191

PNC Bank
PO Box 94982
Cleveland  OHIO 44101-4982

PNC Bank
Customer Service
PO Box 3429
Pittsburgh PA 15230-3429

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk  VA 23541-1067

Sears Credit Cards
Customer Service
PO Box 6282
Sioux Falls SD 57117-6282

Sears Credit Cards
Customer Service
PO Box 6283
Sioux Falls SD 57117-6283

Seventh Avenue
Correspondence
1112 7th Ave
Monroe WI 53566-1364

| | | |
|---|---|---|
| Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas  TX 75374-0933 | US Attorney General<br>Main Justice Building  Room 5111<br>10th & Constitution Avenue NW<br>Washington DC 20530-0001 | Wells Fargo<br>Correspondence<br>PO Box 10335<br>Des Moines IA 50306-0335 |
| The Swiss Colony<br>1112 7th Avenue<br>Monroe WI 53566-1364 | US Bank<br>PO Box 5229<br>Cincinnati  OH 45201-5229 | Wells Fargo Bank  NA<br>PO Box 10438<br>Des Moines  IA 50306-0438 |
| The Swiss Colony<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas  TX 75374-0933 | Visa Signature<br>Bank of America<br>PO Box 982235<br>El Paso TX 79998-2235 | Wells Fargo Financial Ohio 1 Inc<br>Attention: Bankruptcy Department<br>MAC D33<br>3476 Stateview Blvd<br>Fort Mill  SC 29715-7203 |
| US Attorney<br>303 Marconi Blvd  #200<br>Columbus OH 43215-2326 | Webbank-Fingerhut<br>6250 Ridgewood Rd<br>St Cloud  MN 56303-0820 | Wells Fargo Home Mortgage<br>Correspondence<br>PO Box 10335<br>Des Moines IA 50306-0335 |

*as and for NOTICE* that the attached request for relief would be filed.  The undersigned will present to the Court a proposed order granting the relief sought, unless, within twenty-one (21) days after this date, a written memorandum in opposition along with a request for hearing is filed with the Court and served on the undersigned.

  /s/ Crystal I. Zellar
Crystal I. Zellar  (#0038785)
Adam T. Barclay  (#0075869)
**Zellar & Barclay, Attorneys at Law, Inc.**
Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In Re:                                              :
    **Michael R. Hall, Sr.,**                      Case No. 14-54196
                                                    :    Chapter 13

    Debtor.                                    :    Judge Preston

## NOTICE OF FILING OF MOTION TO RETAIN INSURANCE PROCEEDS

The Debtor has filed papers with the Court to obtain permission to retain insurance proceeds.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to:  US Bankruptcy Court, Clerk's Office, 170 North High Street, Columbus, Ohio 43215, OR, your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the date above.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:
    US Trustee - ustpregion09.cb.ecf@usdoj.gov
    Chapter 13 Trustee - trustee@ch13.org
    Crystal I. Zellar, Esq. and Adam T. Barclay, Esq. - mail@zellarlaw.com;
    Michael Hall, 4674 Cristland Hill Rd, Hebron  OH  43025

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief.

Date:  October 7, 2014

                                                      /s/  Crystal I. Zellar
                                                      Crystal I. Zellar (#0038785)
                                                      Adam T. Barclay  (#0075869)
                                                      **Zellar & Barclay, Attorneys at Law, Inc.**
                                                      720 Market Street
                                                      Zanesville, Ohio  43701
                                                      Telephone:  (740) 452-8439
                                                      Facsimile:  (740) 450-8499
                                                      mail@ZellarLaw.com
                                                      Counsel for Debtor