**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: December 30, 2015**



C. Kathryn Preston
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:                                             :
   **Michael R. Hall, Sr.,**
                                        :      Case No. 14-54196
                                                   Chapter 13
   Debtor.                                         :      Judge Preston

### AGREED ORDER MODIFYING CHAPTER 13 PLAN (PL #49)

This matter is before the Court upon the Debtor's Motion To Modify Chapter 13 Plan (pl #49) and the Objection thereto filed by the Chapter 13 Trustee (pl #50). The parties hereby resolve the Objection and agree that the Debtor's Chapter 13 Plan shall be modified as follows:

    a) The plan payment is decreased from $2,530.00 to the amount of $2,300.00 per month effective November 1, 2015 for the remainder of the plan;

    b) The dividend to the unsecured creditors is decreased from 9% to 4%; and

    c) All other terms of the confirmed plan shall remain unchanged. The plan will complete in 60 months total as proposed.

IT IS SO ORDERED.

**Agreed Order Modifying Chapter 13 Plan**
Case No.  14-54196
Page 2


AGREED:


/s/ Crystal I. Zellar                                    /s/  Frank M. Pees by DLM (0001391)
Crystal I. Zellar (#0038785)                  Frank M. Pees
**Zellar & Zellar, Attorneys at Law, Inc.**   Chapter 13 Trustee
720 Market Street                                   130 East Wilson Bridge Road, Suite 200
Zanesville, Ohio 43701                         Worthington, Ohio 43085-6300
Telephone: (740) 452-8439                  Telephone: (614) 436-6700
Facsimile: (740) 450-8499                   Facsimile: (614) 436-0190
mail@zellarlaw.com                              trustee@ch13.org
Counsel for Debtor


COPIES TO:   Default List


# # #